

## NUMBER 13-11-00153-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**QUALITY MARINE SERVICES, INC.,**          **Appellant,**

**v.**

**CAMILLE MARQUES WILLIAMS AND
ANTHONY WILLIAM "TONY" MARQUES, JR.
ON BEHALF OF THE ESTATE OF
MICHAEL WAYNE MARQUES, ET AL.,**      **Appellees.**

### On Appeal from the 357th District Court
### of Cameron County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Quality Marine Services, Inc., filed an appeal from a judgment entered

by the 357th District Court of Cameron County, Texas, in cause number 2007-11-5495-E.

Appellant has filed an agreed motion to dismiss the appeal on grounds that all matters in

controversy have been resolved. Appellant requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of July, 2011.

2